UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-20224-CR-WILLIAMS/TORRES**

CASE NO. _____

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

MARIA ALEJANDRA RODRIGUEZ,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Possession of Fifteen or More Counterfeit and Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about October 31, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARIA ALEJANDRA RODRIGUEZ,**

did knowingly, and with intent to defraud, possess fifteen (15) or more counterfeit and unauthorized access devices, that is, counterfeit credit cards bearing unauthorized credit card account numbers belonging to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 31, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MARIA ALEJANDRA RODRIGUEZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more counterfeit and unauthorized access devices, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count 1 of this Information, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is, a credit card account number ending in 7796 issued to "A.D.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE
### (18 U.S.C. §§ 982(a)(2)(B) & 1029(c)(1)(C))

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **MARIA ALEJANDRA RODRIGUEZ**, has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 1029, as alleged in this Information, the defendant, **MARIA ALEJANDRA RODRIGUEZ**, shall forfeit to the United States: (a) any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029 (c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853 made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
CHRISTOPHER B. BROWNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MARIA ALEJANDRA RODRIGUEZ,

          Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB |
| | | ___ | FTP |

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    YES
   List language and/or dialect    SPANISH

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | |
|---|---|---|
| I | 0 to 5 days | X |
| II | 6 to 10 days | ___ |
| II | 11 to 20 days | ___ |
| IV | 21 to 60 days | ___ |
| V: | 61 days and over | ___ |

(Check only one)

| | |
|---|---|
| Petty | ___ |
| Minor | ___ |
| Misdem. | ___ |
| Felony | X |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes  X No

                                          _____
                                          CHRISTOPHER B. BROWNE
                                          ASSISTANT UNITED STATES ATTORNEY
                                           FLORIDA BAR NO. 91337

\*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: MARIA ALEJANDRA RODRIGUEZ

**Case No**: _____

Count #: 1

Possession of Fifteen or More Counterfeit and Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:**   Ten (10) years' imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   Two (2) years' imprisonment consecutive to any other sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| MARIA ALEJANDRA RODRIGUEZ, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*