UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20224-CR-WILLIAMS

UNITED STATES OF AMERICA,

v.

**NOTICE OF PERMANENT APPEARANCE**
**AS COUNSEL RECORD**

MARIA ALEJANDRA RODRIGUEZ
_____

COMES NOW ERIC ZACCA, ESQ._____, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 4-9-18

Attorney ERIC ZACCA

**Florida Bar Number** 051378

Address 110 SE 6th Street, STE 1700

City Ft. Laud.  State FL  Zip Code 33301

Telephone (954) 450-4848

The undersigned defendant hereby consents to the representation of the above counsel.

_____
DEFENDANT'S SIGNATURE