**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 18-20224-CR-WILLIAMS

United States of America,

v.

MARIA ALEJANDRA RODRIGUEZ,

_____/

### WAIVER OF INDICTMENT

I, MARIA ALEJANDRA RODRIGUEZ, the above named defendant who is accused of **POSSESSION/COUNTERFEIT/UNAUTHORIZED ACCESS DEVICES**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 04.19.18, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
John O'Sullivan
United States Magistrate Judge