# MINUTE ORDER

Page 11

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor  _Released_   Date: 04.9.18   Time: 2:00 p.m.

Defendant: MARIA ALEJANDRA RODRIGUEZ   J#: SURRENDER   Case #: 18-20224-CR-WILLIAMS
17433-104
AUSA: Chris Browne   Attorney: Deric Zacca - Perm.
Violation: POSSESSION/COUNTERFEIT/UNAUTHORIZED ACCESS DEVICES   Surr/Arrest Date: 4.9.18   YOB:

Proceeding: Initial Appearance/Waiver of Indictment * arraignment and   CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No   Recommended Bond:

Bond Set at: _____   Co-signed by: mother

☒ Surrender and/or do not obtain passports/travel docs   Language: ENGLISH

☒ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ___

Disposition: Δ arraigned on Info - S do entered. Δ waived Indt- ing held. agreed $25K Psb. Court sets. mother to co-sign before Thurs @ 10 AM. Δ may be rel. today.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:31:14   Time in Court: 6

s/John J. O'Sullivan   Magistrate Judge